# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-3506

_____

Aretha Thomas

*Plaintiff - Appellant*

v.

Ameren U.E.

*Defendant - Appellee*

Diana Dewitt; Ed Willhite; Steve Manasco

*Defendant*s

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 15, 2020
Filed: January 21, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and KELLY, Circuit Judges.

_____

PER CURIAM.

Aretha Thomas appeals the district court's[1] dismissal of her disability-discrimination action. After careful review of the record and the parties' arguments on appeal, we conclude that dismissal was proper. *See United States v. Dico, Inc.*, 136 F.3d 572, 575 (8th Cir. 1998) (reviewing de novo the dismissal of plaintiff's claim for failure to exhaust administrative remedies). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Thomas's pending motions.

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.